UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:07-CR-54 |
| v. | ) | |
| | ) | |
| LENDELL DAVIS | ) | COLLIER/CARTER |

## REPORT AND RECOMMENDATION

A September 20, 2007, letter from John T. Rathman, Warden of the Federal Bureau of Prisons in Miami, Florida and a Forensic Evaluation of defendant Lendell Davis were received by the undersigned Magistrate Judge. The findings in the evaluation were that the defendant "does not suffer from a severe mental disorder or defect that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in his own defense. Consequently, he is considered to be competent to proceed with the judicial process. . . Mr. Davis does not meet the criteria for Diminished Capacity." A Waiver of Mental Competency Hearing signed by defendant was filed with this Court on November 27, 2007. The Court therefore RECOMMENDS on the basis of the waiver and the findings in the forensic evaluation that defendant Lendell Davis be found competent to stand trial.

                                                            s/William B. Mitchell Carter
                                                            UNITED STATES MAGISTRATE JUDGE