UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No: 1:07-cr-54 |
| ) | |
| v. ) | |
| ) | Chief U.S. Judge Curtis L. Collier |
| LENDELL DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are the Report and Recommendations of the Magistrate Judge William B. Carter (Court File No. 19). Lendell Davis ("Defendant") previously filed a motion for a psychiatric examination (Court File No. 13). The magistrate judge ordered Defendant to undergo a psychiatric evaluation (Court File No. 15). On the basis of that evaluation and Defendant's waiver of a competency hearing the magistrate judge recommended this Court find Defendant competent to stand trial (Court File No. 19). This Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations, and finds Defendant competent to stand trial.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**